# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 2, 2008

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

134206(78)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

GERACER RAPHAEL TAYLOR,
      Defendant-Appellant.

SC: 134206
COA: 265778
Macomb CC: 2004-003893-FC

_____

     On order of the Chief Justice, the motion by Richard D. Friedman for leave to file a brief *amicus curiae* is considered and it is GRANTED.



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 2, 2008

_____
Clerk